**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
DEC 2 2 2022
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KARESHMAA KAUR JAGROOP, <br><br> Defendant. | CR 22-109-GF-BMM <br><br> **INDICTMENT** <br><br> **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE** <br> (Count 1) <br> Title 21 U.S.C. § 846 <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE COCAINE** <br> (Count 2) <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> **CRIMINAL FORFEITURE** <br> 21 U.S.C. § 853(a) |
|---|---|

1

|  | **TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That in or about the month of July 2021, at or near the Sweetgrass Port of Entry, in Toole County, in the State and District of Montana, and elsewhere, the defendant, KARESHMAA KAUR JAGROOP, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), five kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT 2

That on or about July 30, 2021, at or near the Sweetgrass Port of Entry, in Toole County, in the State and District of Montana, and elsewhere, the defendant KARESHMAA KAUR JAGROOP, knowingly possessed with the intent to distribute, five kilograms or more of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

//

//

//

## FORFEITURE ALLEGATION

Upon conviction of either offense set forth in this indictment, the defendant, KARESHMAA KAUR JAGROOP, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit and facilitate the commission of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney