Kareshmaa Jagroop, #61446510
c/o Nevada Southern Detention Center
2190 E. Mesquite Blvd.
Pahrump, NV 89060

United States District Court For Great Falls
District of Montana

| United States of America, Plaintiff, vs. Kareshmaa Jagroop, Defendant. | CR No. _____ Omnibus Motion to Dismiss Violation of Arraignment and Motion for Return of Property Fed. R. Crim P. 41(e) ("Motion") |
|---|---|

Omnibus Motion to Dismiss Violation of Arraignment and Motion for Return of Property Fed. R. Crim. P. 41(e)

I am proceeding pro se; therefore, my pleadings should be liberally construed. Hebbe v. Pliler, 627 F.3d 338, 341-42 (9th Cir. 2010) (pro se pleadings are to be liberally construed). I am bringing this Motion under the 5th & 6th Amendment to the United States Constitution and Fed. R. Crim. P. 41(e).

I. Relevant Facts

On May 28, 2023, I was arrested for a warrant issued on December 22, 2022; on May 30, 2023 I was taken and appeared in front of a District Court Judge in Seattle, Washington, who stated he could not arraign me as he had no jurisdiction, that I had to go in front of a United States District Court Judge in Matana. I have now been in jail since May 28, 2023 but have no arraignment or notice of my charges. In addition, the following items were taken from me upon my arrest on May 28, 2023 & July 29, 2021 ① Driver's License, ② Passport, computer, ③ Ran McNelly GPS, ④-⑤ 2 cell phones (one for USA calls and another for Canada), ⑥ Samsung Tablet, and ⑦-⑨ 3 USB's which contained songs.

II. Violation of Six & Fifth Amendment Guarantee to Arraignment Within 48 Hours of Arrest

In Strunk v. United States, 412 U.S. 434, 93 S.Ct. 2260, 37 L.Ed.2d 56 (1973) the failure to afford unnessary delay which occurred prior to my arraignment (467 F.2d 969) which occurred in this case and only remedy based on the Supreme Court holding was to reverse conviction. Therefore, I am requesting dismissal of all charges.

①

## III. Motion for Return of Property, Fed R. Crim. P. 41(e), Which Was Seized on May 28, 2023 & July 29, 2021

My items as set forth in relevant facts, total of 9 items, which was not properly forfeited should be returned to me. In <u>United States v. Rodriguez-Aguirre</u>, 264 F.3d 1195 (10th Cir. 2001) defendant's property that was taken by Government had to be returned as there was no proper process to properly forfeit property. Same as in my case there has been no formal process or arraignment of myself and my property. As a result I am asking that my 9 items be returned to me.

## IV. Conclusion

I am asking for immediate release for failure to arraign me and return of my property taken from me at my arrest on May 28, 2023 & July 29, 2021.

_____   July 1, 2023, Pahrump, Nevada

Kareshmaa Jagroop #61444510
c/o Nevada Southern Detention Center
2190 E Mesquite Blvd.
Pahrump, NV 89060



5 JUL 2023  PM 3  L

Legal
Mail

Attn: Clerk
U.S. Dist. Ct. District of Montana
125 Central Avenue West
Great Falls, Montana —59404—

59404-283035

INCIDENT

