RACHEL JULAGAY
Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
rachel_julagay@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
        Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARESHMAA KAUR JAGROOP,<br><br>Defendant. | Case No. CR 22-109-GF-BMM<br><br>**UNOPPOSED MOTION FOR POSTPONEMENT OF TRIAL AND FOR EXTENSION OF ALL DEADLINES**<br><br>[Speedy Trial Act, 18 U.S.C. §3161(h)(1) Excludable Time:  Unknown] |
|---|---|

COMES NOW, Defendant Kareshmaa Kaur Jagroop, by and through her Counsel Rachel Julagay, Federal Defender, and the Federal Defenders of Montana, and respectfully moves this Court for an order continuing the Trial currently set to begin Tuesday, September 12, 2023, and extend all deadlines in the above-entitled matter to allow time necessary for analysis and preparation for possible resolution or in the alternative potential motions and trial.  The Defendant requests a

1

continuance of 90 days from the current setting, and for extension of all deadlines accordingly. In accordance with the Local Rules of this Court, the undersigned has contacted the office of the Government. Jeffrey K. Starnes, Assistant United States Attorney has no objection to this continuance.

This Motion is made and based upon the files and records of this case, the Due Process Clause of the Fifth Amendment to the United States Constitution, the Fair Trial Provisions of the Sixth Amendment to the United States Constitution, the Speedy Trial Act of 1974 (18 U.S.C. § 3161 *et.seq.*) and the supporting Memorandum of Points and Authorities filed under separate cover. Defendant respectfully requests a 90 day continuance from the current trial date.

RESPECTFULLY SUBMITTED this 14th day of August, 2023.

/s/ Rachel Julagay

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 14, 2023, a copy of the foregoing document was served on the following persons by the following means:

  1,2   CM-ECF
_____ Hand Delivery
   3   Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
       Counsel for the United States of America

3. KARESHMAA KAUR JAGROOP
       Defendant


          /s/ Rachel Julagay