# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARESHMAA KAUR JAGROOP,<br><br>Defendant. | Case No. CR-22-109-GF-BMM<br><br><br>**ORDER** |

Kareshmaa Kaur Jagroop, Defendant in the above-entitled action, having filed a Motion to Postpone Trial and Extend All Deadlines, there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that because the ends of justice will be served and outweigh the best interest of the public and the Defendant's in a speedy trial, the trial shall be and is postponed and all deadlines shall be and are hereby adjusted as follows:

Trial                                          - _____

Discovery deadline                  - _____

Motions deadline                      - _____

Motions Response deadline    - _____

1

Plea Agreement and Offer of Proof     -   _____

Jury Instructions and Trial Brief          -   _____

DATED this \_\_\_\_\_ day of August, 2023.

_____
BRIAN M. MORRIS
CHIEF UNITED STATES DISTRICT JUDGE

2