## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-109-GF-BMM |
| Plaintiff, | |
| vs. | APPENDIX TO PLEA AGREEMENT (Items to be Forfeited) |
| KARESHMAA KAUR JAGROOP | |
| Defendant. | |

As referenced in paragraphs 2 and 7 of the plea agreement, the defendant agrees to forfeit to the United States the following property, which was seized by law enforcement during the investigation of this case:

1. Samsung Tablet, model SM-T290, Galaxy Tab A 8.0, serial number: R9WN51AB0WJ;

2. Samsung cellular telephone, model SM-G935W8 Galaxy S7 Edge, Serial Number:  RF8H40ZN4ZD;

3. Samsung cellular telephone, model SM-G988U1 Galaxy S20 Ultra, Serial Number:  R3CN601LA2V;

4. AT&T cellular telephone, model U318AA Calypso, Serial Number: EAGUG6BAZL7XKB17;

5. AT&T cellular telephone, model U304AA Radiant Core, Serial Number: 6DKVF6SW6D75VSY5;

6. HP USB Drive, model 16GB USB 3.1 v250w, Serial Number: SKC0919;

7. HP USB Drive, model 16GB USB 3.1 v250w, Serial Number: SKC2001;

AUSA       DEF       ATTY       Date  1/2/24                     Page 1

8.  Rand McNally, model TND 540, Global Positioning System (GPS) unit, Serial Number: 038760; and

9.  AT&T Prepaid, model Nano 6661A SIM Card, ICCID Number: 89014103272431572037.


KARESHMAA KAUR JAGROOP
Defendant
Date: Dec 25 2023


RACHEL JULAGAY
Defense Counsel
Date: 1/2/24