**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF MONTANA<br>
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KARESHMAA KAUR JAGROOP, Defendant. | CR 22-109-GF-BMM<br><br>SUPERSEDING INFORMATION<br><br>POSSESSION WITH INTENT TO DISTRIBUTE COCAINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)<br><br>CRIMINAL FORFEITURE<br>21 U.S.C. § 853(a)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

1

## COUNT 1

That on or about July 30, 2021, at or near the Sweetgrass Port of Entry, in Toole County, in the State and District of Montana, and elsewhere, the defendant KARESHMAA KAUR JAGROOP, knowingly possessed with the intent to distribute a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a).

## FORFEITURE ALLEGATION

Upon conviction of the above offense, the defendant, KARESHMAA KAUR JAGROOP, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2):  (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit and facilitate the commission of said offense.

Dated this 2ND day of ~~November, 2023~~ JANUARY, 2024.

_____
JEFFREY K. STARNES
Assistant U.S. Attorney

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney