IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. KARESHMAA KAUR JAGROOP, Defendant. | CR 22-109-GF-BMM<br><br>ORDER REVOKING RELEASE AND ISSUING WARRANT |
|---|---|

The United States has moved to revoke the defendant's release pending sentencing. The Court finds there is probable cause to believe the defendant has violated one or more conditions of release, supported by the affidavit of the U.S. Pretrial Services Officer given under penalty of perjury. Therefore, the United States motion is hereby GRANTED. The Court further orders that a warrant be issued to arrest the defendant.

DATED this 20th day of February 2024.

_____
Brian Morris, Chief District Judge
United States District Court